CLERK U.S. DISTRICT COURT
NORTHERN DIST. OF TX
LUBBOCK DIVISION

2022 JAN 12 PM 1:27

DEPUTY CLERK_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 1:22-cr-0006-H |
| LYNNETTE MARIE JACOBS (1)<br>FORREST LEE REDDEN (2)<br>MATTHEW CHARLES HALFACER (3) | |

INDICTMENT

The Grand Jury Charges:

Count One
Conspiracy to Effect Unauthorized Transactions with Access Devices
(Violation of 18 U.S.C. § 371)

From on or about a date unknown to the grand jury and continuing until on or about the date of this indictment, in the Abilene Division of the Northern District of Texas, and elsewhere, **Lynette Marie Jacobs, Forrest Lee Redden**, and **Matthew Charles Halfacer**, defendants, did knowingly and intentionally conspire and agree with each other and with others known and unknown to the grand jury to commit an offense against the United States, that is, to Effect Unauthorized Transactions with Access Devices, in violation of 18 U.S.C. §§ 1029(a)(5), 1029(c)(1)(A)(ii).

Manner and Means

It was part of this conspiracy that one or more of the conspirators would, and did:

1. Steal access devices that were issued to another person and persons;

2. Knowingly and with intent to defraud, use the stolen access devices to

effect unauthorized transactions;

    3.    Through the unauthorized transactions, receive payment and other things of value, the aggregate value of which, during a one-year period, was equal to and greater than $1,000.

## Overt Acts

In furtherance of this conspiracy and to effect the objects thereof, the conspirators committed, among others, the following overt acts in the Northern District of Texas and elsewhere.

    1.    The remaining counts of this indictment are hereby incorporated as overt acts of this conspiracy and of this count one.

All in violation of Title 18, United States Code, Section 371.

## Count Two
### Unauthorized Transactions with Access Devices
(Violation of 18 U.S.C. §§ 1029(a)(5), 1029(c)(1)(A)(ii))

During the period beginning January 1, 2021, and ending December 31, 2021, in the Abilene Division of the Northern District of Texas, and elsewhere, **Lynnette Marie Jacobs**, defendant, knowingly and with intent to defraud, effected unauthorized transactions with one and more access devices, as defined in Title 18, United States Code, Section 1029(e)(1), issued to another person and persons, to receive payment and a thing of value, including a Louis Vuitton handbag, during a one-year period, the aggregate value of which exceeded $1,000, this conduct affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 1029(a)(5), 1029(c)(1)(A)(ii), and 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

<u>Count Three</u>
Postal Keys or Locks, Stolen or Reproduced
(Violation of 18 U.S.C. § 1704)

On or about August 17, 2021, in the Abilene Division of the Northern District of Texas, and elsewhere, **Lynnette Marie Jacobs**, defendant, knowingly and unlawfully made, forged, counterfeited, and possessed a key suited to a lock adopted by the Post Office Department and the Postal Service and a key to a lock box, lock drawer, and other authorized receptacle for the deposit and delivery of mail matter and did so with the intent to unlawfully and improperly use, sell, and otherwise dispose of the key and to cause the same to be unlawfully and improperly used, sold, and otherwise disposed of.

In violation of Title 18, United States Code, Sections 1704 and 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

A TRUE BILL:

_____
FOREPERSON

CHAD E. MEACHAM
UNITED STATES ATTORNEY

_____
ANN HOWEY
Assistant United States Attorney
Texas State Bar No. 24032312
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:  806-472-7351
Facsimile:  806-472-7394
E-mail:  ann.howey@usdoj.gov

**Lynnette Marie Jacobs, et al.**
**Indictment – Page 4**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

ABILENE DIVISION

UNITED STATES OF AMERICA

v.

LYNNETTE MARIE JACOBS (1)
FORREST LEE REDDEN (2)
MATTHEW CHARLES HALFACER (3)

INDICTMENT

COUNT 1: CONSPIRACY TO EFFECT UNAUTHORIZED TRANSACTIONS WITH ACCESS DEVICES
Title 18, United States Code, Section 371.

COUNT 2: UNAUTHORIZED TRANSACTIONS WITH ACCESS DEVICES
Title 18, United States Code, Sections 1029(a)(5), 1029(c)(1)(A)(ii).

COUNT 3: POSTAL KEYS OR LOCKS, STOLEN OR REPRODUCED
Title 18, United States Code, Section 1704.
(3 COUNTS)

A true bill rendered:
Lubbock                                     _____ Foreperson

Filed in open court this ___12th___ day of ___January___, 2022.

ARREST WARRANT TO ISSUE AS TO EACH DEFENDANT

_____
UNITED STATES MAGISTRATE JUDGE

Lynnette Marie Jacobs, et al.
Indictment – Page 5